# United States District Court

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **RAYMOND ZIELINSKI,**<br>**NATHALIE ZIELINSKI,**<br>**RAYMOND HELD,**<br>**DOROTHY HELD,**<br>**ROBERT BALLENGER,**<br>**VIOLA BALLENGER,**<br>**PETER CIURRO, and**<br>**LAVERNE CIURRO,**<br>**individually and as a**<br>**class of persons similarly situated,** | **JUDGMENT IN A CIVIL CASE** |

                Plaintiffs,

          V.                          CASE NUMBER: **04-C-385**

**PABST BREWING COMPANY, INC.,**

                Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED because the plaintiffs' health benefits were never vested. The plaintiffs' motion for partial summary judgment is DENIED.**
**This action is hereby DISMISSED.**

| | |
|---|---|
|     **December 14, 2005** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |